UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN ROSE, | ) | CASE NO.  5:09CV3011 |
| | ) | |
| PLAINTIFF , | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| V. | ) | |
| | ) | |
| COMMISSIONER OF | ) | ORDER ADOPTING REPORT |
| SOCIAL SECURITY, | ) | AND RECOMMENDATION |
| | ) | |
| DEFENDANT. | ) | |

On May December 30, 2009, this case was automatically referred to Magistrate Judge James S. Gallas, pursuant to Local Rule 72.2.  (Dkt. # 3).  On July 29, 2010, the Magistrate Judge issued a Report and Recommendation, recommending that the Court dismiss the instant matter, pursuant to Fed. R Civ. P. 41(a)(2). (Dkt. # 14).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within fourteen (14) days after service, but the parties have not filed any such objections in the allotted time.  Therefore, the Court must assume that Plaintiff and Defendant are satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

1

Therefore, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. (Dkt. # 14). This matter is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

<u>**/s/ Peter C. Economus – August 17, 2010**</u>
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**